UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Michael Bowen, Michael Campbell, Jeffrey Clark, Clifford Cyr, Mike DesChenes, Ernest Dore III, Jeffrey Gagne, David Googins, Thomas Herrin, Patrick Huff, Paul Masse, Travis Pinette, Paul Roy, James Snow, Stephen Temm, and Richard Veilleux<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., LEPAGE BAKERIES PARK STREET LLC, and CK SALES CO., LLC<br><br>　　　　　　　　Defendants. | Case No. 1:20-cv-00410-LEW |

## STIPULATION OF VOLUNTARY

## <u>DISMISSAL WITH PREJUDICE</u>

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiffs' action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs. So stipulated and agreed to this 5th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| s/ Shawn J. Wanta<br>Shawn J. Wanta, Esquire<br>sjwanta@baillonthome.com<br>Scott A. Moriarity, Esquire<br>smoriarity@baillonthome.com<br>BAILLON THOME JOZWIAK<br>& WANTA LLP<br>100 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>(612) 252-3570<br><br>Amy P. Dieterich, Esquire (#5413)<br>adieterich@sta-law.com<br>SKELTON, TAINTOR & ABBOTT<br>95 Main Street<br>Auburn, ME 04210<br>(207) 784-3200<br><br>Susan E. Ellingstad, Esquire<br>seellingstad@locklaw.com<br>Rachel A. Kitze Collins, Esquire<br>rakitzecollins@locklaw.com<br>LOCKRIDGE GRINDAL NAUEN,<br>P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br><br>J. Gordon Rudd, Jr., Esquire<br>David M. Cialkowski, Esquire<br>ZIMMERMAN REED PLLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>Fax: (612) 341-0844<br>Gordon.Rudd@zimmreed.com<br>David.Cialkowski@zimmreed.com<br><br>***Attorneys for Plaintiffs*** | /s/ Frederick B. Finberg<br>Frederick B. Finberg, Esquire<br>rfinberg@thebennettlawfirm.com<br>Peter Bennett, Esquire<br>pbennett@thebennettlawfirm.com<br>Pawel Z. Binczyk, Esquire<br>pbinczyk@thebennettlawfirm.com<br>THE BENNETT LAW FIRM, P.A.<br>75 Market Street, Suite 201<br>Portland, ME 04101<br>(207) 773-4775<br><br>Kevin P. Hishta, Esquire<br>kevin.hishta@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART<br>191 Peachtree St., NE, Suite 4800<br>Atlanta, GA 30303<br>(404) 881-1300<br><br>Margaret S. Hanrahan, Esquire<br>margaret.hanrahan@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART<br>201 South College Street, Suite 2300<br>Charlotte, NC 28244<br>(704) 342-2588<br><br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically filed this Stipulation of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered attorneys of record.

>s/ Shawn J. Wanta_____
>Shawn J. Wanta, Esquire
>sjwanta@baillonthome.com
>BAILLON THOME JOZWIAK
>& WANTA LLP
>100 South Fifth Street, Suite 1200
>Minneapolis, MN 55402
>(612) 252-3570